(Docket Entry Nos. 154, 155)

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALI WARIS, | |
| Plaintiff, | Civil No. 06-5189 (RBK) |
| v. | ORDER |
| JOSEPH FRICK, et al., | |
| Defendants. | |

THIS MATTER having come before the Court upon motions for a pre-filing injunction filed by Defendants Board of Directors of Keystone Health Plan East, Joseph Frick, Michael Zipfel, Anya Pollard, Gregory Lepore, Gerald Dugan, and Dugan, Brinkmann, Maginnis and Pace ("Defendants"); and the Court having considered the moving papers and the opposition thereto; and for the reasons expressed in the Opinion issued this date;

IT IS HEREBY ORDERED that Defendants' motions are GRANTED; and it is further

ORDERED that Plaintiff shall be enjoined from filing any action against Gerald D. Dugan; Gregory F. Lepore; Dugan, Brinkmann, Maginnis and Pace; Keystone Health Plan East, Inc.; the Board of Directors of Keystone Health Plan East, Inc.; Joseph Frick; Michael Zipfel; Anya Pollard; Eric Kraeutler, Susanna Henderson, or Morgan Lewis & Bockius, unless he is represented by counsel, or has first obtained leave of this Court.

Dated: 8/17/09

ROBERT B. KUGLER
United States District Judge